NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellant*

**v.**

**SIMON PROPERTY GROUP, L.P., BLACKHAWK NETWORK, INC.,**
*Defendants-Appellees*

**US BANK NA,**
*Defendant*

---

2022-1598

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00331-RWS-RSP, Judge Robert Schroeder, III.

------------------------------------------------

**ALEXSAM, INC.,**
*Plaintiff-Appellant*

**v.**

**CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA**

**HEALTHCARE OF TEXAS, INC.,**
*Defendants-Appellees*

---

2022-1599

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00081-RWS-RSP, Judge Robert Schroeder, III.

---

## ON MOTION

---

Before PROST, *Circuit Judge*.

## O R D E R

Simon Property Group, L.P. and Blackhawk Network, Inc. (collectively, "Simon") move to dismiss Appeal No. 2022-1598 for lack of jurisdiction. AlexSam, Inc. opposes dismissal, stating that the appeal should instead be deactivated pending the district court's ruling on Simon's pending motion under Rule 59(e) of the Federal Rules of Civil Procedure. Simon consents to deactivation of Appeal No. 2022-1598. AlexSam separately moves to deconsolidate that appeal from Appeal No. 2022-1599 and set the briefing schedule in Appeal No. 2022-1599. Simon takes no position on deconsolidation.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that Appeal Nos. 2022-1598 and 2022-1599 are deconsolidated and Appeal No. 2022-1598 is deactivated. The separate official captions are reflected above.

(2) Within 30 days of the district court's disposition of the Rule 59(e) motion, the parties are directed to inform the court how they believe Appeal No. 2022-1598 should proceed. Any future separate appeal concerning the disposition of the pending Rule 59(e) motion will be consolidated with Appeal No. 2022-1598.

(3) AlexSam's opening brief in Appeal No. 2022-1599 is due within 60 days of the date of filing of this order.

FOR THE COURT

July 1, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court