# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Appellant*

**v.**

**CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTHCARE OF TEXAS, INC.,**
*Defendants-Appellees*

---

2022-1599

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00081-RWS-RSP, Judge Robert Schroeder, III.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

April 1, 2024
Date

Jarrett B. Perlow
Clerk of Court